# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ABROR, | : | |
| | : | 1:17-cv-02221 |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY OFFICE OF VOCATIONAL REHABILITATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### June 28, 2019

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment, (Doc. 18), is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge